IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACLF OF DELAWARE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 09-179-SLR-SRF |
| | ) |
| DEPARTMENT OF CORRECTION, STATE OF DELAWARE, | ) ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 24th day of November, 2014, consistent with the memorandum issued this same date;

IT IS ORDERED that the September 17, 2014 Report and Recommendation issued by Magistrate Judge Sherry R. Fallon (D.I. 162) is adopted, the objections (D.I. 163) rejected, and ACLF's motion for attorney fees and costs (D.I. 149) is granted.

_____
United States District Judge